**Opinion issued April 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-14-00243-CV

_____

### IN RE JUANITA SALDIVAR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On March 24, 2014, the relator, Juanita Saldivar, filed a petition for writ of mandamus, requesting that the Court direct the trial court to vacate its March 7, 2014 "Order Granting Petitioner's Motion to Compel Discovery and For Sanctions."[1]

---

[1] The underlying case is *In the Interest of J.A.W., Jr.*, No. 2010-22311, in the 257th District Court of Harris County Texas, the Honorable Judy Warne presiding.

We **deny** the petition for writ of mandamus. We dismiss all pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Bland, and Brown.